**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| EUGENE NYAMBAL,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN MNUCHIN, *in his official capacity as Secretary of the United States Treasury and United States Governor at the International Monetary Fund*,<br><br>Defendant.[1] | Civil Action No. 15-2238 (EGS) |

**FINAL JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58 and for the reasons stated by the Court in its Memorandum Opinion and Order docketed March 29, 2017, it is by the Court hereby

**ORDERED** that the Clerk shall enter final judgment in favor of the Secretary and against Mr. Nyambal. This is a final appealable Order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

**Signed: Emmet G. Sullivan**
**United States District Judge**
**March 29, 2017**

[1] Steven Mnuchin has been substituted as the named defendant pursuant to Federal Rule of Civil Procedure 25(d).