AO 450 (Rev 01/09; DC-03/10) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

FILED
MAR 30 2017
Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

EUGENE NYAMBAL
*Plaintiff*
v.
STEVEN MNUCHIN
*Defendant*

Civil Action No. CA 15-2238 (EGS)

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* ______ recover from the defendant *(name)* ______ the amount of ______ dollars ($ ______ ), which includes prejudgment interest at the rate of ______ %, plus postjudgment interest at the rate of ______ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______ recover costs from the plaintiff *(name)* ______ .

☑ other: ORDERED that the clerk shall enter final judgment in favor of the Secretary and against Mr. Nyambal. This is a final appealable Order. See Fed. R. App. P. 4(a). Signed by Judge Emmet G. Sullivan on 3/29/2017

This action was *(check one)*:

☐ tried by a jury with Judge ______ presiding, and the jury has rendered a verdict.

☐ tried by Judge ______ without a jury and the above decision was reached.

☑ decided by Judge Emmet G. Sullivan on a motion for Dismissal by Jacob J. Lew.

Date: 03/30/2017

*ANGELA D. CAESAR, CLERK OF COURT*

Mark Coates - Deputy Clerk
*Signature of Clerk or Deputy Clerk*